# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:16-CR-90-RLM-PRC |
| ) | |
| JERMAINE UNDERWOOD, ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT JERMAINE UNDERWOOD

TO:   THE HONORABLE ROBERT L. MILLER, JR.,
      UNITED STATES DISTRICT COURT

Upon Defendant Jermaine Underwood's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on August 29, 2017, with the consent of Defendant Jermaine Underwood, counsel for Defendant Jermaine Underwood, and counsel for the United States of America.

The hearing on Defendant Jermaine Underwood's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jermaine Underwood under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jermaine Underwood,

I FIND as follows:

(1) that Defendant Jermaine Underwood understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jermaine Underwood understands his right to trial by jury, to persist in his

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Jermaine Underwood understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jermaine Underwood understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jermaine Underwood has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jermaine Underwood is competent to plead guilty;

(6) that Defendant Jermaine Underwood understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jermaine Underwood's plea; and further,

I RECOMMEND that the Court accept Defendant Jermaine Underwood's plea of guilty to the offense charged in Count 2 of the Indictment and that Defendant Jermaine Underwood be adjudged guilty of the offense charged in Count 2 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Jermaine Underwood be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 29th day of August, 2017.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: Honorable Robert L. Miller, Jr.