UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 1:16-CR-90 RLM-PRC |
| ) | |
| JERMAINE UNDERWOOD ) | |

ORDER

No objections have been filed to Magistrate Judge Cherry's findings and recommendation upon a plea of guilty issued on August 29, 2017 [Doc. No. 55]. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Jermaine Underwood's plea of guilty, and FINDS the defendant guilty of Count 2 of the Superseding Indictment [Doc. No. 34], in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  September 18, 2017

/s/ Robert L. Miller, Jr.
Judge
United States District Court